# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00291-CV

**Doris Marroquin Terry, Appellant**

**v.**

**Fairfield Financial Group, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. 98-06624A, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING

Appellant has filed an unopposed motion to dismiss her appeal advising that the matters giving rise to this appeal have been fully settled and compromised.

It appears to this Court that the motion should be granted. Tex. R. App. P. 42.1(a)(2). Accordingly, the instant appeal is dismissed on appellant's unopposed motion.

_____

Jan P. Patterson, Justice

Before: Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Unopposed Motion

Filed: April 11, 2002

Do Not Publish